JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VERDUGO, ) | Case No. CV 09-9483-AG (DTB) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| DOMINGO URIBE, JR., Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE